September 13, 2021


Honorable Nitza I. Quiñones-Alejandro, US District Judge for the Eastern District of Pennsylvania
8613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Dear Judge Quinones-Alejandro:

My name is Edwin Luis Jimenez, and I am currently on supervised release since April of 2018. I am kindly requesting termination of my supervised release to allow continued growth and opportunity with my current employer. JDM Renovation employs me, and I am proud to say that I love my job. It has taught me a lot, professionally and personally. I excel with them and now have a new opportunity to work on bigger projects that require traveling. I would love to accept the additional responsibilities, but I am concerned that I will not be able to take advantage of the opportunity due to my probationary restrictions. The new position requires a significant amount of travel in and out of the state. My request for early release is based on my desire to ensure that I meet the company's expectations while not worrying about violating the terms of my supervised release.

Since my release in November of 2017 and the start of my supervised release in April of 2018, I reintegrated into the community and held stable employment. I recognize and take responsibility for my lack of judgment in May 2019 for the DUI I was charged with, but I have complied with the consequences and learned my lesson. I have since paid all my fines and have focused on my employment and family. Soon, I also plan to register for classes to obtain my Commercial Drivers License (CDL) to continue to open doors for myself and better provide for my children.

I have acknowledged, analyzed, and accepted responsibility for the mistakes I committed in my past. My mistakes have become my motivation to lead a stable and productive life for myself and my children. Thank you for your time and consideration of my request for early termination from supervised release.

Respectfully,

Edwin L. Jimenez

221 West Douglas Street, Apt. 3
Reading, PA  19601

Edwin Jimenez
221 West Douglas St., Apt.3
Reading, PA 19601

HARRISBURG PA 171

16 SEP 2021 PM 2 L



Honorable Nitza I. Quiñones-Alejandro
US District Judge for the Eastern District of Pennsylvania
8613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

19106-179699