IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 10-367-10 |
| | : | |
| EDWIN LUIS JIMENEZ | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 28th day of December 2021, upon consideration of Defendant's *letter motion for early termination of supervised release*, (Doc. 451), the Government's response in opposition thereto, (Doc. 452), it is hereby **ORDERED** that Defendant's request is **DENIED**.[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] In 2011, Defendant pled guilty to conspiracy to distribute 50 grams or more of cocaine base and heroin, in violation of 21 U.S.C. § 846; distribution of 5 grams or more of cocaine base, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B); and to maintaining a drug-involved premises, in violation of 21 U.S.C. § 856(a)(2). Notably, the plea agreement contained a waiver of certain appellate rights, including any challenge of his sentence. Defendant was subsequently sentenced, as a career offender, to 100 months in prison on each count to run concurrently and, relevant here, to 10 years of supervised release, a fine of $2,500, and a special assessment of $300. Defendant completed his term of imprisonment, paid his fine and special assessment, and started his term of supervised release on April 20, 2018. In 2020, Defendant was arrested and convicted of a DUI. As a sanction, this Court placed Defendant on home confinement with electronic monitoring for a period of 60 days.

In his letter, Defendant acknowledges his DUI conviction, as well as his otherwise compliance with the terms of his supervise release and his reintegration into the community. This Court commends his efforts. However, in its response, the Government argues various reasons to oppose Defendant's request including, *inter alia*, Defendant's waiver to any challenge to his sentence, which includes his supervised release. This Court agrees and herein incorporates the Government's reasoning, as well as the objection voiced from the Probation Officer (this Court request Probation's input to Defendant's request), as the bases to deny Defendant's request.